IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SIUA TUIENA PATU, | CV 25-00040 DKW-RT |
| Plaintiff, | |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 30, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C.§ 2412 ", ECF No. 18, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: February 17, 2026 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge